No. 04–9906. KOGER v. KAPLAN, INC., ET AL. C. A. 3d Cir. Certiorari before judgment denied.

No. 04–1079. IN RE WALL, 544 U. S. 973;

No. 04–1091. AMAECHI v. UNIVERSITY OF KENTUCKY, COLLEGE OF EDUCATION, ET AL., 544 U. S. 976;

No. 04–1101. ZURLA v. CITY OF DAYTONA BEACH, FLORIDA, ET AL., 544 U. S. 976;

No. 04–1204. UNITED STATES EX REL. GRAVES ET AL. v. ITT EDUCATIONAL SERVICES, INC., ET AL.; and UNITED STATES EX REL. BOWMAN v. EDUCATION AMERICA, INC., ET AL., 544 U. S. 978;

No. 04–7698. GUZEK v. OREGON, 544 U. S. 979;

No. 04–8302. AHMED v. OHIO, 544 U. S. 952;

No. 04–8417. FARR v. TENNESSEE, 544 U. S. 931;

No. 04–8475. KELLEY v. WILKINSON, DIRECTOR, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, ET AL., 544 U. S. 965;

No. 04–8511. TREECE v. ORLEANS PARISH CITY GOVERNMENT JUDICIAL BRANCH ET AL., 544 U. S. 966;

No. 04–8778. ELLIS v. EMERY, TRUSTEE, ET AL., 544 U. S. 1002;

No. 04–8832. SCOTT v. UNITED STATES, 544 U. S. 955;

No. 04–8864. WIDNER v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 544 U. S. 987;

No. 04–8940. IN RE NZONGOLA, 544 U. S. 998; and

No. 04–9257. BOWERS v. UNITED STATES, 544 U. S. 995. Petitions for rehearing denied.

JUNE 16, 2005

No. 04–10109. DAVIS v. UNITED STATES. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.

No. 04–10190. IN RE DEEB. Petition for writ of mandamus dismissed under this Court's Rule 46.

JUNE 20, 2005

No. 04–609. HIGHTOWER v. SCHOFIELD, WARDEN. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded